UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EDGAR HAROLDO TEZEN XUJUR,** | Civil Action No. 25-17322 (ZNQ) |
| Petitioner, | |
| v. | ORDER |
| **LUIS SOTO, et al.,** | |
| Respondents. | |

This matter having come before the Court on Petitioner's petition for a writ of habeas corpus (ECF No. 1), Petitioner having paid the applicable filing fee, the Court having considered the petition in accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 through Rule 1(b), and determined that dismissal prior to submission of an answer and the record is not warranted, the Government shall be directed to file an answer to the petition.

**IT IS THEREFORE** on this 1st day of December, 2025,

**ORDERED** that Respondents Noem, Lyons, and Bondi are dismissed without prejudice from this matter as the sole proper respondent in a petition brought under 28 U.S.C. § 2241 is ordinarily the warden of the facility where the detainee is currently being held, in this case Respondent Soto, *see Padilla*, 542 U.S. at 436; *Yi v. Maugans*, 24 F.3d 500, 507 (3d Cir. 1994);

**ORDERED** that the Clerk of the Court shall serve copies of the petition (ECF No. 1), and this Order, upon Respondent Soto by regular mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the petition, and this Order, to Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that, within 21 days after the date of entry of this Order, Respondents shall electronically file a full and complete answer to the petition, which responds to the factual and legal allegations of the Petition paragraph by paragraph; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243; and it is further

**ORDERED** that Respondents shall raise by way of the answer any appropriate defenses which Respondent wishes to have the Court consider, including, but not limited to, exhaustion of administrative remedies, and also including, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that Respondents shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; and it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Petition within 14 days after the answer is filed; and it is further

**ORDERED** that, within 7 days after any change in Petitioner's custody or immigration status, be it release, a final order of removal, or otherwise, Respondents shall electronically file a written notice of the same with the Clerk of the Court; and it is further

**ORDERED** that Petitioner's motion seeking the entry of an order to show cause (ECF No. 2) is **DENIED** as moot in light of this Order directing the Government to answer the petition; and it is finally

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner electronically.

        /s Zahid N. Quraishi
**ZAHID N. QURAISHI,**
**UNITED STATES DISTRICT JUDGE**